De Witt Lamar Long
Name and Prisoner/Booking Number

Saguaro Correctional Center
Place of Confinement

1250 East Arica Rd.
Mailing Address

Eloy, Arizona 85131
City, State, Zip Code

FILED _____ LODGED
RECEIVED _____ COPY

JAN 1 4 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

DEWITT LAMAR LONG          ,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Correctional Officer Gray     ,
(Full Name of Defendant)

(2) Case Manager Reiland        ,

(3) Unit Manager Olsen         ,

(4) Correctional Counselor Cox    ,

Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

**CV-20-00097-PHX-SMB(CDB)**

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

"Jury TRIAL DEMANDED"

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other: _____.

2.  Institution/city where violation occurred: Saguaro Correctional Center/ Eloy _____.

1                    **550/555**

De Witt Lamar Long
          Plantiff

              v.

Additional Defendants

(5.) LT. Martinez
(6.) Correctional Officer, Mr. Leiha
(7.) Instructor Supervisor, Mrs. Nira
(8.) Unit Manager, Mr. J. Alexander
(9.) Senior Correctional Officer, Mr. D. Nira
(10.) Assistant Warden, Mr. Griego
(11.) Mail Room Supervisor, Ms. Robertson
(12.) Law Librarian, Ms. Hall
(13.) Unit Manager, Mr. Guilin
(14.) Correctional Officer, Ms. V. Rodriuegz
(15.) Correctional Officer, Mr. Hill
(16.) Assistant Warden, Mr. Griego
(17.) Assistant Warden, Mr. Bradley
(18.) Grievance Coordinator, Mr. Valenzuela

## B. DEFENDANTS

1. Name of first Defendant: C/O Ms. Gray                          . The first Defendant is employed
as: Correctional Officer                          at Saguaro Correctional Center          .
        (Position and Title)                                              (Institution)

2. Name of second Defendant: CM: Mr. Reiland          . The second Defendant is employed as:
as: Case Manager                                       at Saguaro Correctional Center          .
        (Position and Title)                                              (Institution)

3. Name of third Defendant: Ms. Olsen                          . The third Defendant is employed
as: Unit Manager                          at Saguaro Correctional Center          .
        (Position and Title)                                              (Institution)

4. Name of fourth Defendant: Mr. Cox                          . The fourth Defendant is employed
as: Case Manager                          at Saguaro Correctional Center          .
        (Position and Title)                                              (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?      ☒ Yes      ☐ No

2. If yes, how many lawsuits have you filed? TWO  . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: DeWitt Lamar Long          v. SGT. A. MAKUA III
      2. Court and case number: United States District Court Hawaii CV. NO. 16-00372 DKW-RLP
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Settled
      _____.

   b. Second prior lawsuit:
      1. Parties: DeWitt Lamar Long          v. SGT. Sugai, et al
      2. Court and case number: "   "  "  " CV. NO. CV19-00235 JMS-RT      .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Still
      Pending

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

# Defendants

5. Name of Fifth Defendant: <u>LT. Martinez</u>. The Fifth Defendant is employed as: <u>LT.</u> at <u>Saguaro Correctional Center</u>.

6. Name of Sixth Defendant: <u>Correctional Officer Mr. Leiha</u>. The Sixth Defendant is employed as: <u>Correctional Officer</u> at <u>Saguaro Correctional Center</u>.

7. Name of Seventh Defendant: <u>Mrs. Nira</u>. The Seventh Defendant is employed as: <u>Instructor Supervisor</u> at Saguaro Correctional Center.

8. Name of Eighth Defendant: <u>Mr. J. Alexander</u>. The Eighth Defendant is employed as: <u>Unit Manager</u> at Saguaro Correctional Center.

9. Name of Nineth Defendant: <u>Mr. D. Nira</u>. The Nineth Defendant is employed as: <u>Senior Correctional Officer</u> at <u>Saguaro Correctional Center</u>.

10. Name of Tenth Defendant: <u>Mr. Griego</u>. The Tenth Defendant is employed as: <u>Assistant Warden</u> at Saguaro Correctional Center.

11. Name of Eleventh Defendant: <u>Ms. Robertson</u>. The Eleventh Defendant is employed as: <u>Mail Room Supervisor</u> at Saguaro Correctional Center.

12. Name of Twelveth Defendant: <u>Ms. Hall</u>. The Twelveth Defendant is employed as: <u>Law Librarian</u> at Saguaro Correctional Center.

13. Name of Thirteenth Defendant: <u>Mr. Guilin</u>. The Thirteenth Defendant is employed as: <u>Unit Manager</u> at Saguaro Correctional Center.

14. Name of Fourteenth Defendant: <u>Ms. V. Rodriuegz</u>. The Fourteenth Defendant is employed as: <u>Correctional Officer</u> at Saguaro Correctional Center.

15. Name of Fifthteenth Defendant: <u>Mr. Hill</u>. The Fifthteenth Defendant is employed as: <u>Correctional Officer</u> at Saguaro Correctional Center.

Defendants

16. Name of Sixteenth Defendant: <u>Mr. Griego</u>. The Sixteenth Defendant is employed as: <u>Assistant Warden</u> at <u>Saguaro Correctional Center</u>.

17. Name of Seventeenth Defendant: <u>Mr. Bradley</u>. The seventeenth Defendant is employed as: <u>Assistant Warden</u> at <u>Saguaro Correctional Center</u>.

18. Name of Eighteenth Defendant: <u>Mr. Valenzuela</u>. The Eighteenth Defendant is employed as: <u>Grievance Coordinator</u> at <u>Saguaro Correctional Center</u>.

## D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: First and Fourteenth Amendments , Free Exercise clause of :  .

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☒ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. On January 11, 2018  I was in my cell Lima Unit  on my prayer rug performing my Zuhr Salat (prayer) at approximtly 12:43 pm I am a practicing, participating documented Muslim with five (5) obligatory prayers daily at specified times. While performing my salat I heard my cell door open and Correctional Officer Ms. Gray banging on the cell door calling my name. Ms. Grey continued banging on the door and calling my name making it hard for me to concentrate on my salat. I could not respond to Ms. Grey because once I'm performing Salat I am not permitted to talk to anyone while performing Salat. I heard my room mate come up and inform Correctional Officer Gray that I was doing my Prayer, Ms. Grey continued banging on the cell door and calling my name. Ms. Grey finally left. After my Salat I left the cell to go locate C/o Grey to see what she wanted and her and Case Manager Reiland were coming into the unit, which both of them took me into the Unit Managers Office Ms. Olsen were I was surrounded by Ms. Olsen, Ms. Grey, Mr. Reiland, Mr. Cox and Mr. Martinez. C/o Gray complained to Ms. Olsen and Mr. Reiland that I ignored her when she came to my cell they took turns insulting, threatening, and intimidating me because of my Religion threatening to send me to the hole. In violation  my exercise, the  religious freedom guaranteed by the First and Fourteenth Amendments without fear of penalty. I was told by Officer Gray that I should have stopp'd my salat and to do so in the future or risk Ad seg.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Unable to perform my salat properly while Ms. Grey Banged on the cell door, I was subjected to harrassment, threats, intimidation and ridicule because of my Religion.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I followed their process inmate request then informal. The inmate request was never returned I filed informal eight (8) pages. Grievance .

5.  Administrative Remedies   Cont. 1.

   d. Coordinator  Mr. Valenzula would not process the informal grievance because he said I didn't staple the informal to the inmate request though the Grievance Policy and procedure does not mention inmate request. I told Mr. Valenzuela that I couldn't attach the inmate request because they never returned it. Mr. Valenzuela told me to fill out another inmate request and give it to him and he'd deliver it to Ms. Grey, Ms. Olsen, I did and they still were not answered or returned which I told Grievance coordinator Mr. Valenzuela whom told me to do the informal over again. I told Mr. Valenzuela that it was eight (8) pages he already has them just submitt it or make me copies which I gave him copy tickets for the copies. Mr. Valenzuela told me he wanted me to write the eight (8) pages over so that he could compare the two to see if I was Lying. I told Mr. Valenzuela that was not in the policy and proceedures and I Grievanced it which with all Grievances It was denied therefore denying me the oppertunity to use the Grievance process as intended.

## COUNT II

1. State the constitutional or other federal civil right that was violated: Exercise the religious freedom guaranteed by the First and Fourteenth Amendments without fear of penalty

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☒ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. On January 11, 2018 Case Manager Reiland took me in to Unit Manager Olsen's office with Correctional Officer Gray Lima Unit. Because I was performing my Salat (prayer) in my cell during Zuhr prayer time. I am a practicing, participating, documented Muslim with five (5) obligatory Prayers per day at set times. While in Ms. Olsen's office I attempted to explain the fact that I was not ignoring Ms Gray that once I begin my Salat (prayer) I cant talk to anyone Mr. Reiland said that I have problems with women and that I have entitlement issues that Ms. Olsen should send me to the hole (Ad. seg.) that he dont care if I was doing my prayer. I should've stop'd. and in the future it staff comes to my cell and I'm doing my Salat (prayer) stop, I attempted again to explain to Mr. Reiland the issues regarding my salat (prayer) and he became verbally aggressive, threatening, intending to intimidate me as well as ridicule me into saying I understand that I will stop my prayer when staff addresses me. When I didn't he became more agitated, furious and said I should be sent to Ad seg. I was told by Case Manager Reiland that I should have stopp'd my salat and that if I did not in the future, I'd be sent to Ad. Seg. By bringing me into the Unit Managers office the actions were directed to penalize as well as pressure and or coerce, intimidate me into changing my behavior beliefs regarding the performance of my Salat (prayers) as perscribed by my religious Beliefs.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Taunted, harrassed, intimidated, threatend with Ad. seg for performing Salat (prayer) and not verbally committing to abandon my future Salat (prayer) when addressed by staff. Made to feel that I had to choose between practicing my Religion or be subjected to Ad. Seg. or futher Harrassement.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I followed their process, inmate request, then informal. The inmate request was never returned. I filed informal eight (8) pages. Grievance .

4

5. Administrative Remedies  Cont. II,

d. Coordinator  Mr. Valenzuela would not process the informal
grievance because he said I didn't staple the informal to
the inmate request though the Grievance Policy and procedure
does not mention inmate request. I told Mr. Valenzuela
that I couldn't attach the inmate request because they
never returned it. Mr. Valenzuela told me to fill out
another inmate request and give it to him and he'd deliver
it to Ms. Grey , Ms. Olsen, I did and they still were
not answered or returned which I told Grievance
coordinator Mr. Valenzuela whom told me to do the informal
over again. I told Mr. Valenzuela that it was eight (8)
pages he already has them just submitt it or make me
copies which I gave him copy tickets for the copies.
Mr. Valenzuela told me he wanted me to write the eight
(8) pages over so that he could compare the two to see if
I was Lying. I told Mr. Valenzuela that was not in the
policy and proceedures and I Grievanced it which with
all Grievances It was denied therefore denying me
the oppertunity to use the Grievance process as
intended.

**COUNT III**

1. State the constitutional or other federal civil right that was violated: Free Exercise of the religious freedoms guaranteed by the First and Fourteenth Amendments without fear of penalty.

2. **Count III.** Identify the issue involved.   Check **only one**.   State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☒ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments. I am a practicing, participating and documented Muslim on Jan 11, 2018 at approx. 12:55 pm I was taken into Unit Manager Olsen's office by C/O Grey and Case Manager Redland Ms. Olsen asked my why was I being disrespectfully to her staff Ignoring her staff. I explained that I was not ignoring or being disrespectfull to her staff I was perform my salat (prayer) and that once I start I can not talk to anyone Ms. Olsen said "I dont know what GOD you praying to but I'm sure he wont get made if you stop your prayer, and finish when you get finished talking to staff". I once again told Ms Olsen that I'm not trying to disrespect anyone but when I start my salat (prayer) I cant talk to anyone. Unit Manager Olsen said "We give you time to practice your religion in the Chapal". I looked at her like she was crazy that's when all the other staff members present in the room began their rant and raving. Ms Olsen then stated "Your gohna have a hard time here. It you continue doing what you doing". Ms. Olsen tried to get me to agree to abandoning my prayer In the future if I was approached by staff I told Ms. Olsen that I have specific prayer times and that the prayer I was doing was on my leisure time that's when Martinez stated, "You dont do what you want to do, you do what we tell you to do. I was told by Unit Manager Olsen that I should've stopp'd my Salat and that if I did not in the future I'd be sent to Ad. Seg.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Singled out for intimidation, ridicule, harrassment, and threats for performing salat (prayer) in my cell during leizure time at prayer's prescribed time.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not, I followed their process, inmate request, then informal. The inmate request was never returned I filed informal eight (8) pages. Grievance.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5. Administrative Remedies   Cont.

d. Coordinator  Mr. Valenzula would not process the informal grievance because he said I didn't staple the informal to the inmate request though the Grievance Policy and procedure does not mention inmate request. I told Mr. Valenzuela that I couldn't attach the inmate request because they never returned it. Mr. Valenzuela told me to fill out another inmate request and give it to him and he'd deliver it to Ms. Grey, Ms. Olsen, I did and they still were not answered or returned which I told Grievance coordinator Mr. Valenzuela whom told me to do the informal over again. I told Mr. Valenzuela that it was eight (8) pages he already has them just submitt it or make me copies which I gave him copy tickets for the copies. Mr. Valenzuela told me he wanted me to write the eight (8) pages over so that he could compare the two to see if I was Lying. I told Mr. Valenzuela that was not in the policy and proceedures and I Grievanced it which with all Grievances it was denied therefore denying me the oppertunity to use the Grievance process as intended.

COUNT IV

1. State the constitutional or other federal civil right that was violated: First and Fourteenth Amendments, Free Exercise Clause

2. Count IV. Identify the issue involved. Check only one. State additional issues in separate counts.
☐ Basic necessities   ☐ Mail   ☐ Access to court   ☐ Medical care
☐ Disciplinary proceedings   ☐ Property   ☒ Exercise of religion   ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to Safety   ☐ other: _____

3. Supporting Facts. I am a practicing, participating, and documented Muslim. On January 11, 2018 while in Unit Managers office for Performing Salat (Prayer) and not stopping when staff came to my door Correctional Counselor Mr. Cox was in attendance. A further intimidation factor whom voiced that I had an attitude problem when I explained and or attempted to explain that once I begin my Salat (Prayer) that it is forbidden to engage in conversation with anyone til completion. Mr. Cox was in agreement and a participant in the pressure, coercion, intimidation campaign directed at changing my behavior and or beliefs regarding my Salat (Prayer) And said I should be sent to Ad. Seg.

4. Injury. Singled out for intimidation, ridicule, harrassment and threats of Ad. Seg. for performing Salat (prayer) in my cell

5. Administrative Remedies.

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes   ☐ No

b. Did you submit a request for administrative relief on Count  IV ?
☒ Yes  ☐ No

c. Did you appeal your request for relief on Count  IV  to the highest level?  ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I followed their process, inmate request, then informal. The inmate request was never returned. I filed informal eight (8) pages. Grievance

5. Administrative Remedies  Cont.

    d. Coordinator  Mr. Valenzula would not process the informal grievance because he said I didn't staple the informal to the inmate request though the Grievance Policy and procedure does not mention inmate request. I told Mr. Valenzuela that I couldn't attach the inmate request because they never returned it. Mr. Valenzuela told me to fill out another inmate request and give it to him and he'd deliver it to Ms. Grey , Ms. Olsen, I did and they still were not answered or returned which I told Grievance coordinator Mr. Valenzuela whom told me to do the informal over again. I told Mr. Valenzuela that it was eight (8) pages he already has them just submitt it or make me copies which I gave him copy tickets for the copies. Mr. Valenzuela told me he wanted me to write the eight (8) pages over so that he could compare the two to see if I was Lying. I told Mr. Valenzuela that was not in the policy and proceedures and I Grievanced it which with all Grievances It was denied therefore denying me the oppertunity to use the Grievance process as intended.

COUNT V.

1. State the constitutional or other federal civil right that was violated: <u>Free Exercise of the religious freedoms guaranteed by the First and Fourteenth Amendments, without fear of penalty.</u>

2. Count V. Identify the issue involved. Check only one, State additional issues in separate counts.
☐ Basic necessities   ☐ Mail   ☐ Access to Court   ☐ Medical care
☐ Disciplinary proceedings   ☐ Property   ☒ Exercise of religion   ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to Safety   ☐ other: _____

3. Supporting Facts. I am a practicing, participating, documented Muslim. On January 11, 2018 while in Unit Manager Olsen's Office for performing (Salat) prayer in my cell and not stopping when C/O Gray came to my cell LT. Martinez whom was an C/O at the time participated in pressure, coercion, intimidation, as well as harrassment in the attempts to have me conform to his peception of my religious beliefs, and choose between Ad. Seg. or stopping my Salat (Prayer). When I explained to them, him that once I begin my salat (Prayer) I can't stop and talk to anyone, LT. Martinez stated "You don't do what you want to do, You do what we tell you to do"! LT. Martinez also stated I should be sent to Ad. Seg. because I wouldn't renounce performing Salat (prayer) in the future simular circumstances. During all of this non of them ever told me nor informed me the reason Ms. Gray initially came to my cell banging on my door calling my name.

4. Injury. Singled out for intimidation, ridicule, harrassment, and threats, for performing salat (prayer) in my cell during leizure time at prayer's prescribed time, in violation of the United States Constitution.

5. Administrative Remedies.

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No

b. Did you submit a request for administrative relief on Count __✓__?
☒ Yes   ☐ No

c. Did you appeal your request for relief on Count __✓__ to the highest level?   ☒ Yes   ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>I followed</u> <u>their process, inmate request, then informal. The inmate request</u> <u>was never returned I filed informal eight (8) pages. Grievance</u>

5.   Administrative Remedies   Cont.

d. Coordinator Mr. Valenzula would not process the informal grievance because he said I didn't staple the informal to the inmate request though the Grievance Policy and procedure does not mention inmate request. I told Mr. Valenzuela that I couldn't attach the inmate request because they never returned it. Mr. Valenzuela told me to fill out another inmate request and give it to him and he'd deliver it to Ms. Grey, Ms. Olsen, I did and they still were not answered or returned which I told Grievance coordinator Mr. Valenzuela whom told me to do the informal over again. I told Mr. Valenzuela that it was eight (8) pages he already has them just submitt it or make me copies which I gave him copy tickets for the copies. Mr. Valenzuela told me he wanted me to write the eight (8) pages over so that he could compare the two to see if I was lying. I told Mr. Valenzula that was not in the policy and proceedures and I Grievanced it which with all Grievances It was denied therefore denying me the opportunity to use the Grievance process as intended.

COUNT VI.

1. State the constitutional or other federal civil right that was violated: <u>Free Exercise of the religious freedoms guaranteed by the First and Fourteenth Amendments, Equal Treatment of Religions</u> .

2. Count VI. Identify the issue involved. Check only one, State additional issues in separate counts.
☐ Basic necessities  ☐ Mail  ☐ Access to court  ☐ Medical care
☐ Disciplinary proceedings  ☐ Property  ☒ Exercise of religion  ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to Safety  ☐ other: _____

3. Supporting Facts. I am a practicing, participating, and documented Muslim, Reading religious literature Holy Qur'an and other Islamic text is part of the way I practice and express my religious beliefs... Therefore reading religious literature is a religious exercise. I was sent to Ad. Seg. On February 02, 2018. On February 05, 2018 was the first off several inmate request I submitted to Correctional Counselor Leiha, requesting religious books from my property ① Holy Qur'an ② What Islam is All about ③ Iman 101. On February 7, 10, 14, 17, 21, 24 and 28, 2018 as well as everytime Correctional Leiha came by my cell I asked him about him getting the above mentioned religious items from my property so that I could continue to practice and express my religious beliefs while in Ad. Seg. I was never provided with any religious material while housed in Ad. Seg yet my cell mate and others were provided with Bibles from his, their property. Officer Leiha claimed not to have seen said literature while talking to me at cell door so I requested any three (3) religious books and received nothing.

4. Injury. The denial of a privilege to adherents (me) of one religion while granting it to others. I was unable to practice and express my religious beliefs therefore the denial of my religious literature was a substantial burden on my religious exercise of reading literature.

5. Administrative Remedies.

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No

b. Did you submit a request for administrative relief on Count __VI__ ?
☒ Yes   ☐ No    Grievance # 022-18

c. Did you appeal your request for relief on Count __VI__ to the highest level?   ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

_____

COUNT VII

1. State the constitutional or other federal civil right that was
   violated: <u>First and Fourteenth Amendments, Free Exercise clause,</u>
   <u>Equal Treatment of Religions and or Protection Clause</u>.

2. Count VII. Identify the issue involved. Check only one. State
   additional issues in separate counts.
   □ Basic necessities     □ Mail        □ Access to Court      □ Medical care
   □ Disciplinary proceedings  □ Property  ☒ Exercise of religion  □ Retaliation
   □ Excessive force by an officer  □ Threat to Safety   □ other:_____

3. Supporting Facts.  I am a practicing, participating, and documented
   Muslim whom was in attendance at Jumuáh Friday Islamic services on August
   10, 2018. The holy book of Islam is the Qur'an, the prime source of teachings,
   practices, laws, and faith,.. The Qur'an is usually carefully wrapped in an
   ornate cloth or silk and kept in an elevated position.... that being said I
   wrapped, wrap Qur'an in prayer rug and evidently Instructor Supervisor Ms. Nira
   seen this through window from hallway and assumed I was stealing a
   Qur'an and said as much when I exited the chapel. I asked how can
   I steal a Holy Qur'an from the chapel isn't that where they come from?.
   I asked her was she the Chaplain or Teacher. Three (3) days later I
   was sent to Ad. seg. because of a write up <u>Ms. Nira</u> initiated claiming
   I stole Qur'an yet the misconduct report alleges Hindering and Failure
   to Follow which is Vague. It is my position that I was singled out targetted
   harrassed, punished via misconduct report by Ms Nira which ended with
   me in Ad Seg for Sixty (60) days for practicing, participating in my
   religious beliefs.

4. Injury.

Harrassed, ridiculed, embarrased, sent to Ad. Seg. for sixty (60) days, for practicing, participating in my religious beliefs and duties.

5. Administrative Remedies.

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No

b. Did you submit a request for administrative relief on Count _VII_ ?   ☒ Yes   ☐ No

c. Did you appeal your request for relief on Count _VII_ to the highest level?   ☒ Yes   ☐ No   Grievance # 064-18

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

_____

COUNT VIII

1. State the constitutional or other federal civil right that was violated: <u>First and Fourteenth Amendments, Free Exercise Clause, Equal Protection Clause</u>.

2. Count VIII.   Identify the issue involved.  Check only one,  State additional issues in separate counts.
☐ Basic necessities      ☐ Mail        ☐ Access to Court        ☐ Medical care
☐ Disciplinary proceedings   ☐ Property   ☒ Exercise of religion   ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to Safety   ☐ other: _____

3. Supporting Facts.   I am a practicing, participating, documented Muslim. On August 13, 2018 I went to Ad. Seg. My property which was in my cell was packed up by Officers out of my presence. The Holy Qur'an and Prayer rug which was in my cell in my property was confiscated by <u>Unit Manager J. Alexander</u> Both items are vital, important as well as necessary in the practices and expression of my religious beliefs. I was denied and unable to use these items to practice and express my religious beliefs for the sixty (60) days I was in Ad. Seg. I was not provided with a notice letting me know of confiscation I only learned of it being confiscated when ACO brought me my bedding which I then sent inmate request to Unit Manager J. Alexander August 28, 2018 whom stated it wasn't on my Matrix. Ironacly the Unit Manager is responsible for putting items on matrix, personally items of prisoner, not the prisoner. I went to Ad. Seg for the first time on February 02, 2018 the Holy Qur'an and Prayer rug was logged in as my property on Inmate property receipt Ironically six months later since it dont fit their I stole it scenerio it's not on my Matrix. It's safe to say that if items

Pg. 5-L

Were in my cell and logged on inmate property receipt on
February 02, 2018 then I couldn't have stole them August 10, 2018
it is my position that Unit Manager J. Alexander ingaged in capricious
arbitrary interference in and with my Religious rights, beliefs based on
his personal prejudices.

4. Injury.  Hindering me from meaningfully practicing, participating,
and performing my religious duties as prescribed by the tenants of my
Religion and Beliefs.

5. Administrative Remedies.
a. Are there any administrative Remedies ( grievance procedures or
administrative appeals) available at your institution ?      ☒ Yes    ☐ NO
b. Did you submit a request for administrative relief on Count <u>VIII</u> ?
☒ Yes    ☐ No
c. Did you appeal your request for relief on count <u>VIII</u> to the
highest level ?   ☒ Yes   ☐ NO        Grievance № 065-18
d. If you did not submit or appeal a request for administrative
relief at any level, briefly explain why you did not. _____
_____
_____

COUNT IX.

1. State the constitutional or other federal civil right that was violated: <u>Due Process, First and Fourteenth Amendments, Free Exercise clause, Equal Protection clause</u>

2. Count IX.   Identify the issue involved. Check only one. State additional issues in separate counts.
☐ Basic necessities       ☐ Mail          ☐ Access to Court       ☐ Medical care
☒ Disciplinary proceedings  ☐ Property    ☐ Exercise of religion   ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to Safety   ☐ other: _____

3. Supporting Facts.   I am a practicing, participating, and documented Muslim. On or about August 10, 2018 I was written up by Ms. Nira Instructor Supervisor because she seen me with Holy Qur'an wrapped inside Prayer Rug. I was sent to Ad. Seg. Pending alleged investigation, On or about August 13, 2018 and up until August 24, 2018 an alleged investigation was conducted by <u>Sc/o D. Nira</u> which was brought to my attention is the husband of Supervisor Instructor Ms. C. Nira which it is my position is a conflict of interest and extremely biased, prejudical A Senior Correctional Officer D. Nira failed to properly investigate even though he shouldn't been investigating in the first place. Had he did a proper investigation he would have known the Prayer Rug and Holy Qur'an were in my property back in February 02, 2018 and before since 2017. In failing to conduct a proper investigation and or hand it over to someone which would not be in conflict I was denied a proper investigation and in doing so Sc/o D. Nira actively denied me the chance at continuing the practices and expression of my religious beliefs.

Pg 5-N

4. Injury.

Flagrant disciplinary investigation, discrimination, sixty (60) days in Ad. Seg. unable to meaningfully practice, participate or perform my religious beliefs, duties, obligations  Confiscation of Holy Qur'an and Prayer Rug

5. Administrative Remedies.

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes    ☐ No

b. Did you submit a request for administrative relief on Count __IX__ ?   ☒ Yes   ☐ No

c. Did you appeal your request for relief on Count __IX__ to the highest level?    ☒ Yes  ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

_____

COUNT X.

1. State the constitutional or other federal civil right that was violated: Due Process, First and Fourteenth Amendments, Free Exercise Clause, Equal Protection clause

2. Count X. Identify the issue involved. Check only one. State additional issues in separate counts.
   ☐ Basic necessities  ☐ Mail  ☐ Access to court  ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property  ☒ Exercise of religion  ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to Safety  ☐ Other:

3. Supporting Facts.
   I am a practicing, participating, and documented Muslim. On or about August 10, 2018 I was written up by Ms. Nira Instructor Supervisor because she seen me with Holy Qur'an wrapped inside Prayer Rug. I was sent to Ad. Seg. Pending alleged investigation. On or about August 13, 2018 and up until August 24, 2018 an alleged investigation was conducted by Sc/o D. Nira which was brought to my attention is the husband of Supervisor Instructor Ms. C. Nira which it is my position is a conflict of interest and extremely biased prejudicial ∧ Senior Correctional Officer D. Nira failed to properly investigate even though he shouldn't been investigating in the first place. Had he did a proper investigation he would have known the Prayer Rug and Holy Qur'an were in my property back in February 02, 2018 and before since 2017. In failing to conduct a proper investigation and or hand it over to someone which would not be in conflict I was denied a proper investigation and in doing so Sc/o D. Nira actively denied me the chance at continuing the practices and expression of my religious beliefs.

P95-P

4. Injury.

Flagrant disciplinary investigation, discrimination, sixty (60) days in Ad. Seg. unable to meaningfully practice, participate or perform my religious beliefs, duties, obligations. Confiscation of Holy Qur'an and Prayer Rug

5. Administrative Remedies.

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No

b. Did you submit a request for administrative relief on Count __X__ ?   ☒ Yes   ☐ No

c. Did you appeal your request for relief on Count __X__ to the highest level?   ☒ Yes   ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

_____

COUNT XI

1. State the constitutional or other federal civil right that was violated: First and Fourteenth Amendments, Equal Protection Clause, Free Exercise Clause

2. Count XI. Identify the issue involved. Check only one. State additional issues in separate counts.
☐ Basic necessities  ☐ Mail  ☐ Access to court  ☐ Medical care
☐ Disciplinary proceedings  ☐ Property  ☒ Exercise of religion  ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ other: _____

3. Supporting Facts.
    I am a practicing, participating and documented Muslim whom was sent to Ad. Seg. On August 13, 2018 I was there for (60) Sixty days sending numerous inmate request to the Chapel / Assistant Warden Griego requesting to be provided with a Holy Qur'an and Prayer Rug so that I could continue practicing, participating as well as performing my religious, faith, duties as well as responsibilities in performing Salat (Prayer) as well as reading from the Qur'an. Assistant Warden Griego responded to my inmate request as Inmate handbook states under Religious Items... request must be submitted to the Assistant Warden Programs, which is Mr. Griego. Mr. Griego's response "You were answered previously. The rug and Qur'an were stolen from the chapel by you". For the records I didn't steal anything furthermore being in Ad. Seg. does not disqualifies a person, me access to Religious material A/W Griego used his allegations of me stealing a Holy Qur'an and Prayer Rug in General Population as a reason for not providing me a Holy Qur'an and Prayer Rug in Ad. Seg.

Pg. 5-R

4. Injury.

Unable to meaningfully participate, practice, and or perform and express my religious beliefs which was a substantial burden on my religious exercise of reading religious literature and performing Salat (prayer),

5. Administrative Remedies.

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes   ☐ No

b. Did you submit a request for administrative relief on Count __XI__ ? ☒ Yes  ☐ No

c. Did you appeal your request for relief on Count __XI__ to the highest level?  ☒ Yes ☐ No   Grievance # 078-18

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____.

_____.

COUNT XII

1. State the constitutional or other federal civil right that was violated: The First Amendment, Freedom of Expression, Due Process

2. Count XII.   Identify the issue involved.  Check only one,  State additional issues in separate counts.
☐ Basic necessities       ☒ Mail          ☐ Access to court        ☐ Medical care
☐ Disciplinary proceedings  ☐ Property   ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to Safety   ☐ Other: _____

3. Supporting Facts.   On August 31, 2018 I recieved two (2) prohibited Items forms via the mail room Ms. Robertson. My daughter mailed me three (3) pictures of him getting his Samoan tattoo which is alleged to violate Policy and procedures. My mother sent me news paper article of Aretha Frankin's passing which mail room claim was a full news paper violation of policy and procedures which it was just an article. On September 05, 2018 I returned the form to the mail room with the box checked ☒ I request to pay for the prohibited items to be mailed to the following address along with a release of funds form. I used my wife's name on the form as my daughter at the time was six years (6) old and I requested that both pictures and article be sent to same address Wife's where daughter also resides. I also put a letter for my attorney seperate envelope same release of funds form which was approved however almost two (2) week's I get the form back saying that I could not send everything to one address, the labled it as third person so I changed it sent

it back then it was sent back to me again stating that I couldn't send it to my wife I had to address it to my daughter bout time it was all said and done the mail room ended up destroying the pitures and newspaper article even though it had three (3) times been approved for sending out by deducting money from my account, Even though on the form it clearly states: "Note: In the event a disposition has not been received within thirty (30) calendar days and no pending grievances or other hold notices exist, the prohibited items will be destroyed". That being noted and said Ms. Robertson was in contact with me via all the back and forth request and Release of funds Authorization Forms that she knew I wished to send items out so therefore destroying said items from my position is a violation of Due Process

4. Injury. Destruction of pictures and news paper articles which carry sentimental value

5. Administrative Remedies.

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution ?  ☒ Yes  ☐ No

b. Did you submit a request for administrative relief on Count __XII__ ? ☒ Yes  ☐ No

c. Did you appeal your request for relief on Count XII to the highest level ? ☒ Yes  ☐ No     Grievance # 077-18

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

COUNT XIII.

1. State the constitutional or other federal civil right that was violated: The Privileges and Immunities Clause of Article IV of the Constitution, the First Amendment Petition Clause, the Fifth Amendment Due Process Clause, and the Fourteenth Amendment Equal Protection and Due Process Clause

2. Count XIII. Identify the issue involved. Check only one. State additional issues in separate counts.
☐ Basic necesities        ☐ Mail          ☒ Access to Court        ☐ Medical care
☐ Disciplinary proceedings ☐ Property      ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to Safety  ☐ other: _____

3. Supporting Facts. On or about November 16, 2018 I was at the Law Library CoreCivic-Saguaro Correctional Center attempting to make copies of my criminal case transcripts in order to attach them to a Motion to Dismiss; Declaration, Appendixes. The

law librarian at the time Ms. Hall refused to make said copies. She then called Ms. Nira, and Ms. Prososki whom came to the law library and all three of them refused to make copies or respond to inmate request stating reason why. All three (3) of them interfered with my attempt to bring or pursue legal actions not only now, but also future legal actions such as Rule 40 and Writ of Habeas Corpus which will also call for copies of transcripts Appendixes.

4. Injury. Unable to pursue legal actions because of my inability to prepare

5. Administrative Remedies.

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes   ☐ No

b. Did you submit a request for administrative relief on Count __XIII__?
☒ Yes   ☐ No

c. Did you appeal your request for relief on Count __XIII__ to the highest level?   ☒ Yes ☐ No   Grievance * 00219

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

_____

COUNT . XIV

1. State the constitutional or other federal civil right that was violated: <u>The First Amendment, Retaliation, Fourteenth Amendment</u> <u>The Eighth Amendment Cruel and Unusual Punishment</u>.

2. Count XIV. Identify the issue involved. Check only one, State additional issues in separate counts.
   □ Basic necessities      □ Mail         □ Access to Court      □ Medical care
   □ Disciplinary proceedings □ Property    □ Exercise of religion ☒ Retaliation
   □ Excessive force by an officer □ Threat to Safety  □ Other: _____

3. Supporting Facts. On or About October 23, 2018 and up until approximatly December 23, 2018 I was housed in Kilo Unit placed in the cell with a known satanist. I am a practicing, participating, documented Muslim whom just got out of Ad. Seg. for allegedlly stealing Holy Qur'an and Prayer Rug. I grievanced <u>Unit Manager J. Alexander</u> for confiscating Holy Qur'an and Prayer Rug from my cell when I went to Ad. Seg. It is my position that Unit Manager J. Alexander purposely had me moved into the cell with the satanist in retaliation for using the grievance system against him. I was unable to perform my salat (prayer) in the cell ... the prayer has to be performed in a clean place; standing on a clean surface ... my cellmate whom is a satanist daily and purposefully kept the cell floor dirty as soon as I'd attempt to clean it, he'd put more dirt, trash hair etc back on the floor. My room mate was on record and known for violence problematic with cell mates did not have room mates before me because he bite his previous roommate on the face without

provocation. I spoke with staff about situation even put in inmate request to Unit Manager J. Alexander advising them of the situation and my not able to perform salat (prayer) in the cell. I was told put inmate request and moves would be done after flight. Flight happened and everyone that put in a inmate request for a room change (convient move), were moved except me. I started performing my salat (prayer) in the day room and was threatened with a misconduct report if I did not stop doing my salat (prayer) in the day room. I spoke with Unit Manager several times about the conflict and even though the Inmate Handbook states that the Unit Manager is the one to address room changes, Mr. J. Alexander tried to goad me into verbal altercations and even threatened me with Ad. Seg. for continually asking him about the move. I informed Mr. Alexander of the conflict and my unability to perform my salat (prayer) in my cell and Mr. Alexander didn't care he'd just laugh. I had my mother call up here to no avail, I then went to the chaplain and when I told him my situation he said I should not be housed with a Satonist that he'd speak to A/W Griego next thing I know I was moved from that cell to a different cell and was able to continue performing, practicing and participating in and express my religious beliefs.

4. Injury. Retaliation against me for exercising the right to courts, grievance process. Unable to meaningfully perform, practice, participate in and express my religious beliefs.

5. Administrative Remedies.

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No

b. Did you submit a request for administrative relief on Count __XIV__ ?   ☒ Yes   ☐ No

c. Did you appeal your request for relief on Count __XIV__ to the highest level?   ☒ Yes  ☐ No   Grievance * 001-19.

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____.

_____.

COUNT XV

1. State the constitutional or other federal civil right that was violated: <u>First and Fourteenth Amendments, Free Exercise Clause, Equal Protection Clause</u>

2. Count XV. Identify the issue involved. Check only one, State additional issues in separate counts.
☐ Basic necessities  ☐ Mail  ☐ Access to Court  ☐ Medical care
☐ Disciplinary proceedings  ☐ Property  ☒ Exercise of religion  ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to Safety  ☐ other: _____

3. Supporting Facts. I am a practicing, participating, documented Muslim housed in Hotel unit since August 15, 2019 up until present December 10, 2019 it is alleged that this is General Population however I am being subjected to twenty (20) or more hours a day lock down and teir time where I'm let out my cell twice (2) a day unable to have readily access to my cell because the doors are kept locked where I am forced to use the shower to relieve myself. I am also denied access to my cell in order to perform Wudu, ablution or ritual washing required before the Salat (prayer). There are five (5) daily prayers at perscribed times 1. Fajr 2. Dhuhar 3. Asr 4. Maghrib 5. Isha

I'm on the top teir with first teir time is 12:00 noon til 2:45 pm daily with second teir time alternates each month from 6:00 pm til 7:45 pm or 9:00 pm til 10:45 pm. Dhuhar prayer for the following months August 12:31 pm September 2019 12:21 pm October 2019 12:13 pm November 2019 12:11 pm December 2019 12:21 pm, Maghrib, August

2019 7:13pm , September 2019 6:34pm , October 2019 5:55pm
November 2019 5:26pm  December 2019 5:22 pm , Isha ,

August 2019 8:26pm , September 2019 7:43pm , October 2019 7:03 pm ,
November 2019 6:36 pm , December 2019 6:35pm. When the
cells are opened supposidly on the hour it's not open long enough
to perform Wudu nor salat (prayer) I am being forced to choose
between day room time or performing salat (prayer) staying in my
cell not comming, out. I addressed this issue with Unit Manager
Guilin trying to be able to get into my cell and perform salat
(prayer) and come back out and Mr. Guilin's response was and
is " Dayroom time Is a priviledge . your Religion is your choice
to practice"! that being said , I am unable to meaningfully
practice and express my religious beliefs via salat (prayer)
and it is a substantial burden.

4. Injury

4. Injury. Hindering me from meaningfully practicing, participating, and performing my religious duties as perscribed by the tenants of my Religion and beliefs.

5. Administrative Remedies.

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes    ☐ No

b. Did you submit a request for administrative relief on Count __XV__ ?
☒ Yes   ☐ No

c. Did you appeal your request for relief on Count __XV__ to the highest level?    ☒ Yes  ☐ No    Grievance # 085-19

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

_____

COUNT XVI

1. State the constitutional or other federal civil right that was violated: <u>Cruel and Unusual Punishments Clause of the Eighth Amendment the First and Fourteenth Amendments</u>

2. Count XVI. Identify the issue involved. Check only one, State additional issues in separate counts.
☐ Basic necessities    ☐ Mail    ☐ Access to Court    ☐ Medical care
☐ Disciplinary proceedings    ☐ Property    ☒ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer    ☐ Threat to Safety    ☐ other: _____

3. Supporting Facts. I am a practicing, participating, documented Muslim. On or about July 23, 2019    during breakfast which was served in J-Unit A-Pod by two Correctional Officers, one being <u>V. Rodriuegz</u>, there was a creamed meat being served so I asked Ms. V. Rodriuegz if she could call the Kitchen to find out if the meat was pork? Ms. V. Rodriugz said I was not on her medical diet list, I said I'm not on the medical list because it's not medical it's religious. She Ms. V. Rodriuegz stated you not on my medical list I again said it's not medical its religious can you just call the kitchen I just wanna know if it's pork cause if it is I don't want to eat it. Ms. V. Rodriuegz said just take it or leave it, refusing to call the Kitchen I left the tray went to my cell, I came back out in order to get Ms. V. Rodriuegz name words were exchanged I went back to my cell. About ten or fifteen minutes later I was taken into the video conference room with AC'o's V. Rodriuegz, Hill, and two others were I was verbally abused

by Correctional officer Hill. Called a nigga several times.
Even told by ACO Hill that he come to work to whoop nigga's
like me. All of this because of my wishes and request to
practice my religious beliefs of not eating pork, requesting
that Ms. Rodriuegz call the kitchen to see if the meat was
pork.

4. Injury. Singled out disrespected, humiliated for attempting
to practice and express my religious beliefs.

5. Administrative Remedies.
a. Are there any administrative remedies (grievance procedures or
administrative appeals) available at your institution?  ☒ Yes  ☐ No
b. Did you submit a request for administrative relief on Count <u>XVI</u>?
☒ Yes  ☐ No
c. Did you appeal your request for relief on Count <u>XVI</u> to the
highest level?  ☒ Yes  ☐ No
d. If you did not submit or appeal a request for administrative
relief at any level, briefly explain why you did not. _____
_____
_____

COUNT XVII

1. State the constitutional or other federal civil right that was violated: <u>The Cruel and Unusual Punishments Clause of the Eighth Amendment  First and Fourt Amendments</u>

2. Count XVII. Identify the issue involved. Check only one, State additional issues in separate counts.
☐ Basic necessities  ☐ Mail  ☐ Access to court  ☐ Medical care
☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☒ Retaliation
☐ Excessive force by an officer  ☒ Threat to Safety  ☐ other:_____

3. Supporting Facts. On or about July 26, 2019 while standing in Kilo Units hallway waiting for the security gate to open I was confronted by Aco Hill and V. Rodrieugz. <u>Aco Hill</u> asked me what the fuck I'm looking at, clearly he was still in his feelings from prior incident that occured three (3) days prior. ACO Hill threatened me said he'd beat my ass and that we could go in one of the rooms cause no body was around. I ignored ACO Hill as he continued his verbal abuse calling me a nigga, a bitch ass nigga, and a rapist. I walk away from ACO Hill he followed getting in my face trying to provoke and goad me into an altercation which can all be seen via the camara footage in Kilo Unit. I attempted to push the button on the intercom in order the get the gate open so that I could get away from ACO's Hill and V. Rodrieugz and ACO Hill pushed me. I then went to the Front door in order to ring that intercom button both Hill and V. Rodriugze kept holloring at me not to go out the door with V. Rodriuegz following behind me telling

Pg. 5-FF

me not to ring the intercom. Aco' Hill gets on his Walkie
Talkie and tells the person on the other end not to open the
door. Finally the gate opens and I go through it inorder to
go to my unit Kilo-Bravo. While waiting at Kilo-Bravo door
Aco Hill gets in my face continuing to antagonize, threaten as
well as goad me into an altercation I walk away which all of this
can be seen on camara footage. Aco Hill gets in my face again
calling me a fucking rapist and that I'm lucky it wasn't
his daughter or he'd kill me. Ms. Weckworth comes out of
Kilo Alpha while Aco Hill continues his unproffessionalism
and I walk up to Ms. Weckworth and ask her can I talk
to her when Aco Hill push me again and say you can't
fucking talk to her she not your Case Manager, Aco Hill
then says to Ms. Weckworth you don't want to talk to
this motha fucking rapist. Ms. Weckworth is taking aback
and says to Aco Hill "Hill what is wrong with you you cant
be saying that. I say to Ms. Weckworth, "see what I'm dealing
with and Ms. Weckworth tell me to go into my pod. I'm still waiting
for the door to Bravo Unit to open and Aco Hill is still being verbally
abusive still saying he'll beat my ass, We can go in the room
Ms. Weckworth and another Aco is trying to control Aco Hill and he pushes
them out of the way running up on me in my face at least three (3)
more times I walk through the door into the day room of Kilo Bravo
Unit where the pod is full of prisoners Aco Hill rushes into the
pod in front of everyone and says "this lil punk mutha fucka is

a rapist, he raped a seven (7) year old girl. Ms. Weckworth and the other ACO's rushed to grab ACO Hill and marshall him out of the module while saying Hill what are you doing? All of this can be seen on camara footage which I made several request for footage to be saved. ACO Hill was very unproffessional violating Core Civic Policy and Procedures as well as Code of Ethics. ACO Hill's actions words, were designed and intended to have prisoners in my pod harm me when his job is the title to protect me. View of camara footage will show prisoners run up towards me however ACO Hernandez I believe is his name was in the Unit and told me to go to my cell.

4. Injury. Verbal Abuse, grossly undue wanton and unnecessary verbal abuse, with malicious intent which it's my position is a carry over retaliation from the July 23, 2019 incident

5. Administrative Remedies.

a. Are there any administrative remedies (grievace procedures or administrative appeals) available at your institution? ☒Yes ☐No

b. Did you submit a request for administrative relief on Count <u>XVII</u>? ☒Yes ☐No

c. Did you appeal your request for relief on Count <u>XVII</u> to the highest level? ☒Yes ☐No   <u>Grievane # 084-19</u>

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

COUNT XVIII

1. State the constitutional or other federal civil right that was violated: The First, Fourteenth Amendments

2. Count XVIII. Identify the issue involved. Check only one. State additional issues in separate counts.
   □ Basic necessities          □ Mail          □ Access to Court          □ Medical care
   □ Disciplinary proceedings   □ Property      ☒ Exercise of religion     □ Retaliation
   □ Excessive force by an officer  □ Threat to Safety   □ other:_____

3. Supporting Facts. I am a practicing, participating, documented Muslim arrived at Saguaro Correctional Center on or about June 28, 2017 on March 06, 2019 I went back to Hawai'i for court. Saguaro Correctional Center was aware that I was returning they kept all my property in the property room. I returned on or about July 18 2019. Before I left for court it was known documented that I was a Muslim and did not eat pork. When I got off the flight and back at Saguaro Correctional Center during Orientation it was again asked what was my Religion I put Muslim. July 18, 2019 was the first of many days pork was served which It was said I wasn't on the list I'd have to put in the Religious form which I did. I even sent inmate request to Warden Thomas, Assistant Warden Griego and Bradley with no response.

As I stated I put in the so called Change of Religion form again however Saguaro Correctional Center was going through issues with their chaplain, whom ended up leaving, which is the reason I ended up sending request to Mr. Griego whom as per inmate Handbook as well as staff statements was the person in charge of said issue. I am not responsible for their policy and procedure issues or the leaving of the chaplain during the period of processing my forms cause I sent several. The following days and meals I was denied a non-pork meal and basically told to take it or leave it, or take the pork off or give it to someone. Staff was aware of the issue from me telling them at the time and many times prior to my going to court. Following days, Meals.

1.) July 18, 2019 Dinner, 2.) July 20, 2019 Lunch, 3.) July 21, 2019 Dinner, 4.) July 23, 2019 Dinner, 5.) July 25, 2019 Lunch 6.) July 29, 2019 Dinner, 7.) July 31, 2019 Dinner, 8.) August 03, 2019 the afore mentioned were days Gelatin was served i.e. pork by product. The following days pork was served, 9.) July 22, 2019 Breakfast (Spam), 10.) July 23, 2019 Lunch (Bar B-Q Pork), 11.) July 27, 2019 Lunch (Pork & Cabbage), 12.) July 31, 2019 Breakfast (Spam), 13.) August 4, 2019 Breakfast (Spam), 14.) August 8, 2019 Dinner (Pork Luau) 15.) August 9, 2019 Dinner (Pork Yakisoba) 16.) August 14, 2019 Breakfast (Spam) 17.) August 19, 2019 Breakfast (Spam). As stated above all these

meals I was denied a non-pork meal, I was forced to choose between taking a pork tray (which is considered contaminated by Islam, Muslims because the pork is on the tray), or follow my religious beliefs. On these days July 18, 2019 through August 19, 2019 I approached the following staff members who had the authority to have a non-pork meal issued to me, and knew I was a Muslim, non-pork diet, chose not to act on that knowledge and instead deny me meals. 1.) <u>LT. Martinez</u>, 2.) Assistant Warden Bradley, 3.) **Assistant Warden Griego** whom were either standy out side the dinning Hall, or within the dinning hall whom I approached because they were senior officer or staff that were present during meals. They just smiled, laughed.

4. Injury. Was unAble to eat, hungry, stomach pain as well as light headed, it exasperated my stomach ulcers

5. Administrative Remedies.
a. Are there any administrative remedies (grievance procedures or) administrative appeals) available at your institution? ☒ Yes ☐ No
b. Did you submit a request for administrative relief on Count <u>XVIII</u>? ☒ Yes ☐ No
c. Did you appeal your request for relief on Count <u>XVIII</u> to the highest level? ☒ Yes ☐ No     <u>Grievance ˣ 086-19</u>
d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did no̶t̶. _____

COUNT XIX

1. State the constitutional or other federal civil right that was violated: The First Amendment   Freedom of Expression   Freedom of information

2. Count XIX.  Identify the issue involved.  Check only one,   State additional issues in separate counts.
☐ Basic necessities      ☒ Mail      ☐ Access to Court      ☐ Medical care
☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ other: _____

3. Supporting Facts. On or about
I received mail from my wife, in a manila envelope which contained a letter, and information downloaded from the Internet. Articles as well as information regarding issues which I am dealing with in this facility. It was labeled as contraband by mail room Supervisor Ms. Robertson under the guise of Policy and Procedure 16-1 quoting and stipulating as well as insinuating "Inmates are prohibited from receiving Supplies and Postage in incoming Correspondence. All postage and supplies must be purchased through the facility Commissary." there was no supplies nor postage sent, it was information downloaded from the internet regaurding issues involved in my Civil Rights Complaint that I was gonna use to help me with completing this Civil Rights Complaint. Instead it was labeled contraband and I was forced to pay to have it returned to sender. It was returned to sender without the original envelope it was sent in nor was my wife provided with as per Core Civic

Pg. 5-LL

policy and procedure  Q. 1. ii .. will return to the sender
along with a copy of the 16-1E and 16-1H Correspondence/
Publications Appeals form ... it was sent back as if I myself
sent it back not providing my Wife with rhyme or reason,
and or notification as to why.

4. Injury.
Unable to use information in my Civil Complaint which down-
loaded information Contained

5. Administrative Remedies
a. Are there any administrative remedies (grievance procedures or
administrative appeals) available at your institution? ☒ Yes ☐ No
b. Did you submit a request for administrative relief on Count
 XIX  ? ☒ Yes ☐ No
c. Did you appeal your request for relief on Count XIX to the
highest level? ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative
relief at any level, briefly explain why you did not. _____
_____
_____

COUNT  XX

1. State the constitutional or other federal civil right that was
violated: <u>The First , Fourteenth Amendments</u>

---

2. count XVIII. Identify the issue involved. Check only one, State
additional issues in separate counts
☐ Basic necessities     ☐ Mail     ☐ Access to Court     ☐ Medical care
☐ Disciplinary proceedings    ☐ Property    ☒ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer.    ☐ Threat to Safety    ☐ other: _____

3. Supporting Facts. I am a practicing, participating, documented
Muslim arrived at Saguaro Correctional Center on or about June
28, 2017 on March 06, 2019 I went back to Hawai'i for court.
Saguaro Correctional Center was aware that I was returning
they kept all my property in the property room, I returned
on or about July 18 2019. Before I left for court it was
known documented that I was a Muslim and did not
eat pork. When I got off the flight and back at Saguaro
Correctional Center during Orientation it was again asked
what was my Religion. I put Muslim. July 18, 2019 was the
first of many days pork was served which It was said I
wasn't on the list I'd have to put in the Religious form which
I did. I even sent inmate request to Warden Thomas,
Assistant Warden Griego and Bradley with no response.

As I stated I put in the so called Change of Religion form again however Saguaro Correctional Center was going through issues with their chaplain, whom ended up leaving, which is the reason I ended up sending request to Mr. Griego whom as per inmate Handbook as well as staff statements was the person in charge of said issue. I am not responsible for their policy and procedure issues or the leaving of the chaplain during the period of processing my forms cause I sent several. The following days and meals I was denied a non-pork meal and basically told to take it or leave it, or take the pork off or give it to someone. Staff was aware of the issue from me telling them at the time and many times prior to my going to court. Following days, Meals.

1.) July 18, 2019 Dinner, 2.) July 20, 2019 Lunch, 3.) July 21, 2019 Dinner, 4.) July 23, 2019 Dinner, 5.) July 25, 2019 Lunch 6.) July 29, 2019 Dinner, 7.) July 31, 2019 Dinner, 8.) August 03, 2019 ⊕ the afore mentioned were days Gelatin was served i.e. pork by product. The following days pork was served, 9.) July 22, 2019 Breakfast (spam), 10.) July 23, 2019 Lunch (Bar B Q Pork), 11.) July 27, 2019 Lunch (Pork & Cabbage), 12.) July 31, 2019 Breakfast (spam), 13.) August 4, 2019 Breakfast (spam), 14.) August 8, 2019 Dinner (Pork Luau) 15.) August 9, 2019 Dinner (Pork Yakisoba) 16.) August 14, 2019 Breakfast (spam) 17.) August 19, 2019 Breakfast (spam). As stated above all these

meals I was denied a non-pork meal, I was forced to choose between taking a pork tray (which is considered contaminated by Islam, Muslims because the pork is on the tray), or follow my religious beliefs. On these days July 18, 2019 through August 19, 2019 I approached the following staff members who had the authority to have a non-pork meal issued to me, and Knew I was a Muslim non-pork diet, chose not to act on that Knowledge and instead deny me meals. 1.) LT. Martinez, 2.) Assistant Warden Bradley, 3.) Assistant Warden Griego whom were either standy out side the dinning Hall, or within the dinning hall whom I approached because they were senior officer or staff that were present during meals. They just smiled, laughed.

4. Injury. Was unAble to eat, hungry, stomach pain as well as light headed, it exasperated my stomach ulcers

5. Administrative Remedies.
a. Are there any administrative remedies (grievance procedures or) administrative appeals) available at your institution? ☒ Yes ☐ No
b. Did you submit a request for administrative relief on Count XX ? ☒ Yes ☐ No
c. Did you appeal your request for relief on Count XX . to the highest level? ☒ Yes ☐ No    Grievance # 086-19
d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

Pg. 5 - PP

COUNT XXI

1. State the constitutional or other federal civil right that was violated: The First, Fourteenth Amendments

2. Count XVIII. Identify the issue involved. Check only one. State additional issues in separate counts.
☐ Basic necessities    ☐ Mail    ☐ Access to court    ☐ Medical care
☐ Disciplinary proceedings    ☐ Property    ☒ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer    ☐ Threat to Safety    ☐ other:_____

3. Supporting Facts. I am a practicing, participating, documented Muslim arrived at Saguaro Correctional Center on or about June 28, 2017 on March 06, 2019 I went back to Hawaii for court. Saguaro Correctional Center was aware that I was returning they kept all my property in the property room. I returned on or about July 18, 2019. Before I left for court it was known documented that I was a Muslim and did not eat pork. When I got off the flight and back at Saguaro Correctional Center during Orientation it was again asked what was my Religion I put Muslim. July 18, 2019 was the first of many days pork was served which It was said I wasn't on the list I'd have to put in the Religious form which I did. I even sent inmate request to Warden Thomas, Assistant Warden Griego and Bradley with no response.

pg. 5 - 99

As I stated I put in the so called Change of Religion form again however Saguaro Correctional Center was going through issues with their chaplain, whom ended up leaving, which is the reason I ended up sending request to Mr. Griego whom as per inmate Handbook as well as staff statements was the person in charge of said issue. I am not responsible for their policy and procedure issues or the leaving of the chaplain during the period of processing my forms cause I sent several. The following days and meals I was denied. a non-pork meal and basically told to take it or leave it, or take the pork off or give it to someone. Staff was aware of the issue from me telling them at the time and many times prior to my going to court. Following days, Meals.

1.) July 18, 2019 Dinner, 2.) July 20, 2019 Lunch, 3.) July 21, 2019 Dinner, 4.) July 23, 2019 Dinner, 5.) July 25, 2019 Lunch 6.) July 29, 2019 Dinner, 7.) July 31, 2019 Dinner, 8.) August 03, 2019 ⊕ The afore mentioned were days Gelatin was served i.e. pork by product. The following days pork was served, 9.) July 22, 2019 Breakfast (spam), 10.) July 23, 2019 Lunch (Bar B-Q Pork), 11.) July 27, 2019 Lunch (Pork & Cabbage), 12.) July 31, 2019 Breakfast (spam), 13.) August 4, 2019 Breakfast (spam), 14.) August 8, 2019 Dinner (Pork Luau) 15.) August 9, 2019 Dinner (Pork Yakisoba) 16.) August 14, 2019 Breakfast (spam) 17.) August 19, 2019 Breakfast (spam). As stated above all these

meals I was denied a non-pork meal, I was forced to choose between taking a pork tray (which is considered contaminated by Islam, Muslims because the pork is on the tray), or follow my religious beliefs. On these days July 18, 2019 through August 19, 2019 I approached the following staff members who had the authority to have a non-pork meal issued to me, and Knew I was a Muslim non-pork diet, chose not to act on that Knowledge and instead deny me meals. 1.) LT. Martinez, 2.) Assistant Warden Bradley, 3.) Assistant Warden Griego whom were either standy out side the dinning Hall, or within the dinning hall whom I approached because they were senior officer or staff that were present during meals. They just smiled, laughed.

4. Injury. Was unAble to eat, hungry, stomach pain as well as light headed, it exasperated my stomach ulcers

5. Administrative Remedies.
a. Are there any administrative remedies (grievance procedures or) administrative appeals) available at your institution? ☒ Yes ☐ No
b. Did you submit a request for administrative relief on Count XXI ? ☒ Yes ☐ No
c. Did you appeal your request for relief on Count XXI . to the highest level ? ☒ Yes ☐ No      Grievance X 086-19
d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## D. CAUSE OF ACTION

### COUNT XXII

1. State the constitutional or other federal civil right that was violated: First and Fourteenth Amendments, Free Exercise clause of: Due Process & Equal Protection

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☒ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. On January 11, 2018 I was in my cell Lima Unit on my prayer rug performing my Zuhr Salat (prayer) at approximtly 12:43 pm I am a practicing, participating documented Muslim with five (5) obligatory prayers daily at specified times. While performing my salat I heard my cell door open and Correctional Officer Ms. Gray banging on the cell door calling my name. Ms. Grey continued banging on the door and calling my name making it hard for me to concentrate on my salat. I could not respond to Ms. Grey because once I'm performing Salat I am not permitted to talk to anyone while performing Salat. I heard my room mate come up and inform Correctional Officer Gray that I was doing my Prayer, Ms. Grey continued banging on the cell door and calling my name. Ms. Grey finally left. After my Salat I left the cell to go locate C/O. Grey to see what she wanted and her and Case Manager Reiland were comming into the unit which both of them took me into the Unit Managers Office Ms. Olsen were I was surrounded by Ms Olsen, Ms. Grey, Mr. Reiland, Mr. Cox and Mr. Martinez, C/O Gray complained to Ms Olsen and Mr. Reiland that I ignored her when she came to my cell they took turns insulting, threatening and intimidating me because of my Religion threatening to send me to the hole. In violation my exercise the religious freedom guaranteed by the First and Fourteenth Amendments without fear of penalty. I was told by Officer Gray that I should have stopp'd my salat and to do so in the future or risk Ad seg.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   1 Hindered from properly being able to use the Informal Grievance Process

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I followed their process inmate request, then informal. The inmate request was never returned I filed informal eight (8) pages. Grievance.

5. Administrative Remedies   Cont. 1.

d. Coordinator Mr. Valenzula would not process the informal grievance because he said I didn't staple the informal to the inmate request though the Grievance Policy and procedure does not mention inmate request. I told Mr. Valenzuela that I couldn't attach the inmate request because they never returned it. Mr. Valenzuela told me to fill out another inmate request and give it to him and he'd deliver it to Ms. Grey, Ms. Olsen, I did and they still were not answered or returned which I told Grievance coordinator Mr. Valenzuela whom told me to do the informal over again. I told Mr. Valenzuela that it was eight (8) pages he already has them just submitt it or make me copies which I gave him copy tickets for the copies. Mr. Valenzuela told me he wanted me to write the eight (8) pages over so that he could compare the two to see if I was Lying. I told Mr. Valenzuala that was not in the policy and proceedures and I Grievanced it which with all Grievances It was denied therefore denying me the oppertunity to use the Grievance process as intended.

Pg. 8 - UU

## E.   REQUEST FOR RELIEF

State the relief you are seeking: Based upon the foregoing, Plantiff

A. Compensatory, consequential, special, and all other damages and restitution needed to make Plantiff whole;
B. Punitive damages;
c. Attorney's fees and cost under A.R.S. § 12-34, § 12-341.01, § 44-2001 (A), and all other applicable statutes and rules;
D. Pre and Post-judgment interest; and E. All other relief that may be needed to provide Plantiff with a complete remedy.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 16, 2019
                          DATE

De K. D. Lamar Long
SIGNATURE OF PLAINTIFF

_____

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____

(Signature of attorney, if any)

_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.